IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-CV-766-AP**

**LUANN WELLS**,

       Plaintiff,

v.

**UNITED STATES DEPARTMENT OF AGRICULTURE FOREST SERVICE,**

       Defendant,

and

**THE VAIL CORPORATION, d/b/a VAIL ASSOCIATES, INC.,**

   Intervenor-Defendant

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     The Unopposed Motion of the Vail Corporation to Intervene (doc. #3), filed June 15, 2006, is **GRANTED.** The Answer of Intervenor-Defendant is accepted as filed. The parties are advised to meet and confer and submit a proposed briefing schedule on or before July 7, 2006.

Dated: June 22, 2006