**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00766-AP

LUANNE WELLS,

       Plaintiff,

  v.

UNITED STATES FOREST SERVICE,

       Defendant.

  and

THE VAIL CORPORATION, d/b/a VAIL ASSOCIATES, INC.,

       Intervenor-Defendant.

**STIPULATED SCHEDULING ORDER/BRIEFING SCHEDULE
FOR ADMINISTRATIVE APPEAL**

       This matter comes before the Court on the parties' Stipulated Proposed Scheduling Order. The Court establishes the following schedule for preparation and briefing of this case:

       1.    Defendant filed the Administrative Record ("AR") in this case on June 22, 2006.

       2.    This matter will be determined on the basis of the AR.

       3.    Briefing of the merits shall be conducting as follows: Plaintiffs shall file an opening brief on or before **August 7, 2005**, or approximately forty-seven days from the date the AR was filed.  Defendant and Defendant-Intervenor may file a responsive brief no later than forty days from the date the opening brief is served; and Plaintiffs may file a reply brief no later than ten from the date the responsive briefs are served.

This Stipulated Scheduling Order/Briefing Schedule for Administrative Appeal may be altered or amended only upon motion showing good cause and order entered thereon.

DATED this 29th day of June, 2006.

                        BY THE COURT:

                        **s/John L. Kane**
                        Senior United States District Judge