**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-00766-AP

LUANNE WELLS,

       Plaintiff,

  v.

UNITED STATES FOREST SERVICE,

       Defendant.

  and

THE VAIL CORPORATION, d/b/a VAIL ASSOCIATES, INC.,

       Intervenor-Defendant.

---

**ORDER OF DISMISSAL**

---

Pursuant to the Stipulation of Dismissal (doc. #21), filed by the parties on October 9, 2006, it is

ORDERED, that this case is dismissed with prejudice with each party to pay its own costs and attorney fees.

DATED this 10th day of October, 2006.

                              BY THE COURT:

                              S/John L. Kane
                              John L. Kane, Senior Judge
                              United States District Court